# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHERINE HARTMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **SELECT REHABILITATION, LLC** | : | NO. 20-1872 |

## ORDER

**NOW**, this 25th day of March, 2021, upon consideration of the defendant Select Rehabilitation, LLC's Motion for Summary Judgment (Document No. 21), the plaintiff's response (Document No. 22), the defendant's reply (Document No. 25) and the plaintiff's sur-reply (Document No. 27), it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.
